**No. 25-1908**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

NOVARTIS PHARMACEUTICALS CORPORATION,

Plaintiff-Appellant,

v.

AARON M. FREY,
in the official capacity as Attorney General of Maine,

Defendant-Appellee.

**MOTION TO WITHDRAW APPEARANCE
OF SEAN D. MAGENIS**

Pursuant to Local Rule 12(b) of the Federal Rules of Appellate Procedure and Rule 27(a)(2) of the Federal Rules of Appellate Procedure, Defendant-Appellee Aaron M. Frey, Attorney General of the State of Maine, hereby requests that the Court allow the notice of appearance entered by Sean D. Magenis in this appeal to be withdrawn.

Sean D. Magenis recently was sworn in as a Judge of the District Court of the State of Maine and no longer works for the Office of the Maine Attorney General.

1

Assistant Attorneys General Kimberly L. Patwardhan and Michael Devine continue to represent the Defendant-Appellee Aaron M. Frey as counsel of record.

Defendant-Appellee Aaron M. Frey respectfully requests that Sean D. Magenis be withdrawn as his counsel of record in this appeal.

Dated: November 24, 2025

Respectfully submitted,

AARON M. FREY
Attorney General

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
kimberly.patwardhan@maine.gov

MICHAEL DEVINE
Assistant Attorney General
michael.devine@maine.gov

Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel. (207) 626-8800

*Attorney for Defendant-Appellee*

## CERTIFICATE OF SERVICE

I, Kimberly L. Patwardhan, hereby certify that on November 24, 2025, I electronically filed this document with the Clerk of Court using CM/ECF system, and that the same will be sent electronically to registered participants as identified in the CM/ECF electronic filing system for this matter.

/s/ Kimberly L. Patwardhan
KIMBERLY L. PATWARDHAN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel. (207) 626-8800
kimberly.patwardhan@maine.gov

*Attorney for Defendant-Appellee*